JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PROTECH WHEEL INDUSTRY CO. LTD, <br><br> Plaintiff, <br><br> vs. <br><br> VELOX ENTERPRISES, INC., a California Corporation as successor in interest to IXION INDUSTRIES CORPORATION, dba Velox Automotive Group, a California Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: **2:09-cv-04049-JHN -SSx** <br><br> JUDGMENT ON SPECIAL VERDICT |
| IXION INDUSTRIES CORPORATION, a California corporation, dba Velox Automotive Group, <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> PROTECH WHEEL INDUSTRY CO. LTD., a Taiwanese corporation, and ROES 1 through 10, inclusive, <br><br> Counterclaim Defendants. | |

///

1  The above-captioned action came regularly for trial commencing on August
2  30, 2011 and concluding on September 1, 2011.
3  Based on the jury verdict entered on September 1, 2011,
4  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**
5  Plaintiff Protech Wheel Industry Co. Ltd. shall recover nothing on its
6  Amended Complaint against Velox Enterprises, Inc., a California corporation as
7  successor in interest to Ixion Industries Corporation, dba Velox Automotive
8  Group; Spiral Group (sued herein as "Doe 1"); or Dominic Chang (sued herein as
9  "Doe 2").
10  Counterclaim Plaintiff Ixion Industries Corporation shall recover nothing on
11  its Amended Counterclaim against Protech Wheel Industry Co. Ltd.
12  Defendants Velox Enterprises, Inc., Spiral Group and Dominic Chang is
13  entitled to recover costs from Plaintiff Protech Wheel Industry Co., Ltd.  Plaintiff
14  Protech Wheel Industry Co., Ltd. is entitled to recover costs, if any, from Ixion
15  Industries Corporation incurred as a direct result of defending against the
16  Counterclaim.
17
18  DATED:  September 09, 2011
19  JACQUELINE H. NGUYEN
20  U.S. District Court Judge

2
JUDGMENT ON SPECIAL VERDICT